### BEFORE THE SECOND DIVISION, JANUARY 14, 1941

**No. 45170.**—Protest 967924–G of Wing Chin & Co. (San Francisco).

Opinion by TILSON, J.   The evidence was found not sufficient to establish that the merchandise is wearing apparel of any kind.   The claim at 75 percent under paragraph 1529 (a) and T. D. 48316 was therefore overruled.